UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NIRMALA AMIN,

    Plaintiff,

v.

    Case No. 11-13789
    Hon. Gerald E. Rosen

BANK OF AMERICA PENSION PLAN
FOR LEGACY COMPANIES and BANK
OF AMERICA CORPORATION,

    Defendants.
_____/

## JUDGMENT OF DISMISSAL

At a session of said Court, held in the U.S. Courthouse, Detroit, Michigan on    June 12, 2013

PRESENT: Honorable Gerald E. Rosen
                Chief Judge, United States District Court

The Court having this day issued Findings of Fact and Conclusions of Law granting Defendants' motion to affirm the plan administrator's decision,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case be, and hereby is, dismissed in its entirety with prejudice.

                                  s/Gerald E. Rosen  
                                  Chief Judge, United States District Court

Dated: June 12, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 12, 2013, by electronic and/or ordinary mail.

                                  s/Julie Owens  
                                  Case Manager, (313) 234-5135